UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DUSTEN A. MAHON**

  **Plaintiff**,

v.                                        Case No. **5:20-cv-171-TKW/MJF**

**TIM BROWN,** *et al.*,

  **Defendants.**
_____/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 47) and Plaintiff's objections (Doc. 48). The Court reviewed the objections de novo pursuant to Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that the claims against Defendants Contini and Ward[1] are barred by the doctrine of issue preclusion.

The Court did not overlook Plaintiff's argument that Defendant Contini is not in "privity" with the defendants in the prior case, Case No. 5:17cv181; however, even if that is correct, it is immaterial because the parties that need to be in privity for issue preclusion to apply are the party in the prior case where the issue was

---

[1] Plaintiff's objections did not challenge the recommended dismissal of the claims against Defendant Ward.

litigated and the party against whom issue preclusion is being applied in the current case, and here, those parties are one and the same, i.e., Plaintiff.  Because the claims against Defendants Contini and Ward are barred by the doctrine of issue preclusion, the Court need not address the magistrate judge's alternative determination that the complaint fails to state a claim against those defendants; however, for what it's worth, that determination is consistent with the Order adopting the Report and Recommendation in the prior case (which Plaintiff did not appeal), which explicitly determined that the claims Plaintiff wanted to belatedly assert against Contini and Ward—which are substantively the same as the claims asserted against them in the current case—were "inadequate as a matter of law."

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants Contini and Ward's motion to dismiss (Doc. 16) is **GRANTED**, and the claims against those defendants are **DISMISSED with prejudice**.

3. This case is recommitted to the magistrate judge for further proceedings with respect to the other defendants.

**DONE AND ORDERED** this 18th day of March, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**